UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN GREENMAN,<br>            Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>            Defendant.<br>_____ | )<br>)<br>)     No. 1:08-cv-825<br>)<br>)     HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## JUDGMENT

Having affirmed the Commissioner's decision, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   September 30, 2011                           /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief, United States District Judge